IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE V. TERAN,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 00-229 RLP/WWD ACE

CONSOLIDATED FREIGHTWAYS
CORPORATION OF DELAWARE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Compel Production of Defendant's Tax Returns and Enlargement of Time to Identify Certified Public Accountant for Purposes of Explaining Financial Documents [docket #38]. The motion deals with information sought in connection with Plaintiff's claim for punitive damages. After considering the submissions of counsel, the purpose for which the information is sought, the information which has already been provided to the Plaintiff, and the timing of the request, I find that the motion is not well taken either with respect to compelling the sought production or with respect to the enlargement of time to identify an accountant expert.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion to Compel Production of Defendant's Tax Returns and Enlargement of Time to Identify Certified Public Accountant for Purposes of Explaining Financial Documents [docket #38] be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE